# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY, ) ) ) *Plaintiff,* ) ) v. ) ) COLONIAL PIPELINE COMPANY, ) ) *Defendant.* ) | Case No. 3:20-cv-00809 Judge William L. Campbell, Jr. Magistrate Judge Alistair E. Newbern |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER**

For the reasons set forth in the Unopposed Motion to Amend Initial Case Management Order filed by Colonial Pipeline Company ("Colonial"), and good cause having been shown therefor,

IT IS ORDERED that both parties' deadlines to file Motions to Amend or to Add Parties in this case shall be **March 12, 2021**. This amendment shall not affect the trial date in this case.

_____
William L. Campbell, Jr.
United States District Judge

SUBMITTED AND APPROVED FOR ENTRY:

<u>s/ *Brian M. Dobbs*</u>
L. Wearen Hughes (BPR No. 5683)
J. Andrew Goddard (BPR No. 6299)
Brian M. Dobbs (BPR No. 25855)
Bass, Berry & Sims PLC
150 3rd Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
whughes@bassberry.com
dgoddard@bassberry.com
bdobbs@bassberry.com

*Attorneys for Colonial Pipeline Company*

**CERTIFICATE OF SERVICE**

I certify that I filed this document electronically using the Court's electronic case management system, which will send notice to:

Paul S. Davidson
Edward Callaway
Michael C. Brett
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Defendant and Counter-Claimant*
*Metropolitan Nashville Airport Authority*

s/ *Brian M. Dobbs*