IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **COLONIAL PIPELINE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:20-CV-00666 |
| | ) | |
| v. | ) | Judge William L. Campbell, Jr. |
| | ) | Magistrate Judge Alistair E. Newbern |
| **METROPOLITAN NASHVILLE AIRPORT AUTHORITY,** et al. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| And | ) | |
| | ) | Case No. 3:20-CV-00809 |
| **METROPOLITAN NASHVILLE AIRPORT AUTHORITY,** | ) ) | Judge William L. Campbell, Jr. |
| Plaintiff/Counter-Defendant, | ) ) | Magistrate Judge Alistair E. Newbern |
| v. | ) | |
| | ) | |
| **COLONIAL PIPELINE COMPANY,** | ) | |
| | ) | |
| Defendant/Counter-Claimant. | ) ) | |

**MOTION AND SUPPORTING MEMORANDUM
FOR STATUS CONFERENCE**

Colonial Pipeline Company ("Colonial") moves the Court for a status conference with the Magistrate Judge in both of these lawsuits as soon as practicable to address matters related to Colonial's Motion to Disqualify Metropolitan Nashville Airport Authority ("MNAA")'s Counsel, and states as follows:

1. Colonial has filed a Motion to Disqualify MNAA's Counsel in both cases.

2. In connection with the Motion to Disqualify, Colonial intends to file a Motion for Leave to File Under Seal one or more documents.

1

3. Given the nature of the Motion to Disqualify and the information involved in it, Colonial believes a status conference to discuss how information involved in the motion and any motion to file under seal, and who will be having access to that information, would be beneficial for all parties.

4. Colonial also would like to address the timing and sequencing of any further discovery in these cases in light of the Motion to Disqualify.

5. Colonial requests a status conference as soon as practicable, preferably no later than the week of May 31, 2021.

6. Colonial anticipates the status conference would require no more than an hour of the Court's time.

Respectfully submitted,

*/s/ John S. Golwen*
John S. Golwen (TN Bar No. 014324)
BASS, BERRY & SIMS, PLC
100 Peabody Place
Suite 1300
Memphis, TN 38103
Direct: (901) 543-5903
Facsimile: (901) 543-5999
Email: jgolwen@bassberry.com

and

L. Wearen Hughes (TN BPR No. 5683)
J. Andrew Goddard (TN BPR No. 6299)
Brian M. Dobbs (TN BAR No. 25855)
BASS, BERRY & SIMS, PLC

2

150 3rd Ave. S., Suite 2800
Nashville, TN 37201
whughes@bassberry.com
dgoddard@bassberry.com
bdobbs@bassberry.com

*Attorneys for Plaintiff
Colonial Pipeline Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021 this document was electronically filed with the Court. Notice of the filing will be sent by the Court's electronic filing system and/or email to:

| | |
|---|---|
| Paul S. Davidson<br>Travis Parham<br>Edward Callaway<br>Michael C. Brett<br>WALLER LANSDEN DORTCH & DAVIS LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Telephone: (615) 850-8942<br>Facsimile: (615) 244-6804<br>paul.davidson@wallerlaw.com<br>travis.parham@wallerlaw.com<br>ed.callaway@wallerlaw.com<br>mike.brett@wallerlaw.com<br><br>*Attorneys for Defendant*<br>*Metropolitan Nashville Airport Authority* | Gary C. Shockley<br>Caldwell G. Collins<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>Telephone: (615) 726-5704<br>Facsimile: (615) 744-5762<br>gshockley@bakerdonelson.com<br>ccollins@bakerdonelson.com<br><br>*Attorneys for Defendant AECOM*<br>*Technical Services, Inc.* |

*/s /John S. Golwen*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.01(a)(1) of the U.S. District Court of the Middle District of Tennessee, the undersigned hereby certifies he has conferred with counsel for Metropolitan Nashville Airport Authority and AECOM Technical Services, Inc. before filing and counsel do not oppose this request for a status conference.

*/s /John S. Golwen*