UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PIPELINE COMPANY,<br><br>Defendant. | Case No. 3:20-cv-00809<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The Magistrate Judge held a videoconference with counsel for the parties on June 22, 2021, to discuss amendments to the case management order. For the reasons discussed in the conference, the Court ORDERS as follows:

The parties' primary production of documents will be made by June 30, 2021.

Further production of documents will be made by July 22, 2021.

Fact discovery will be completed by September 7, 2021.

Any discovery motions will be filed by September 20, 2021.

Plaintiff will disclose any expert witnesses and reports by September 10, 2021.

Defendant will disclose any expert witnesses and reports by October 8, 2021.

Expert depositions will conclude by November 5, 2021.

Dispositive motions will be filed by October 5, 2021.

All trial-related filing deadlines and the trial date remain as set by the Court's prior orders.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge